UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 12/18/06

Case No.   CR-05-375 SI           Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- CHI DUC HAC

Attorneys:   N/A              N/A

Deputy Clerk:  Tracy Sutton   Court Reporter: N/A

**PROCEEDINGS**

1)  Referral to Duty Magistrate for Motion to Withdraw as Counsel of Record -

2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN      ( ) SUBMITTED
                                                PART

Case continued to   **@ 11:00 a.m.**   for

Case continued to   **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @  for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:**        **Delay ends:**
(              )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )