UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             ) <br>                                                             ) <br>          Plaintiff(s),                        ) <br>                                                             ) <br>     v.                                                  ) <br>                                                             ) <br> CHI DUC HAC,                                    ) <br>                                                             ) <br>          Defendant(s).                       ) <br> _____) | No. CR 05-0375 SI (BZ) <br><br> **SCHEDULING ORDER** |

   Judge Illston has referred counsel's motion to withdraw to the duty magistrate judge for hearing.  **IT IS HEREBY ORDERED** that a hearing on the motion is scheduled for **Wednesday, December 27, 2006, at 9:30 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  If the government opposes the motion it shall file an opposition by **noon**, on **December 22, 2006.**  Defendant Chi Duc Hac shall attend the hearing.  Defense counsel shall serve a copy of this order on defendant.

Dated:  December 19, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDERS.06\USA.V.HAC.ORDER.wpd

1